UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE UNITED STATES, <br><br> Defendant. | Court No. 18-00026 <br><br> Case Management Calendar |

COMPLAINT

Plaintiff, Continental Automotive Systems, Inc. ("Plaintiff" or "CAS") by their attorneys, McGuireWoods LLP, for their complaint herein alleges upon information and belief as follows:

This is a civil action contesting the denial of a protest by United States Customs and Border Protection ("Customs").

1. This Court possesses exclusive jurisdiction over this action by reason of 28 U.S.C. § 1581(a).

2. CAS is the importer of record of the merchandise whose classification is at issue in this action and the party whose protest against the classification of such merchandise at liquidation was denied by Customs.

3. CAS has standing under 28 U.S.C. § 2631(a).

4. The underlying protest and this action were timely filed.

5. All liquidated duties and charges were paid prior to the commencement of this action.

6. The merchandise whose classification is the subject of this action consists of the probe element of nitric oxide (NOx) sensors (the "Probe" or "Subject Merchandise").

7. Customs liquidated the entries containing the Subject Merchandise under Harmonized Tariff Schedule of the United States ("HTSUS") subheading 9027.10.20.

8. The Subject Merchandise is representative of a large class of Probe part numbers, a list of which is attached hereto as **Exhibit A**.

9. Plaintiff claims that the only correct classification is HTSUS subheading 9026.80.20.

10. The Probe is a mass produced element of NOx sensors, designed for use in consumer passenger vehicles and trucks.

11. The most common application for the NOx sensors is in selective catalytic reduction ("SCR") systems, which condition a vehicle's exhaust gas before it is emitted in order to reduce pollutants. In an SCR system, a NOx sensor is placed at the entrance and at the exit of the system to permit a processing unit to determine the amount of nitric oxide in the exhaust gas.

12. The NOx sensor consists of the Probe (that produces an electric signal) signal conditioning electronics (that interprets and sends the electric signal from the probe) and a connecting cable (the "NOx sensor"). A mechanical housing protects the electronics.

13. The Probe operates by means of a ceramic sensor element. When the sensor element comes into contact with nitric oxide, an electrochemical reaction occurs which generates a voltage in proportion to the concentration of nitric oxide present.

14. The Probe, like all simple electronic measuring sensors, requires a way to turn its output into an electric signal that can be read by a processing unit. It is the signal

conditioning electronics that convert the Probe's simple electric signal from the electrochemical reaction to one that can be read by an Engine Control Unit (an "ECU").

15. The ECU uses the signal from the NOx sensor, along with inputs from other sensors, to generate the parts per million ("ppm") value of nitric oxide in the exhaust.

16. The SCR system first measures the approximate amount of nitric oxide entering the system using a NOx sensor. The ECU uses the information from the NOx sensors, in conjunction with information from other components, to calculate the amount of ammonia that must be injected, in the form of a urea solution, into the exhaust gas as it enters the SCR catalyst. The ammonia reacts with the nitric oxide molecules and reduces its concentration in the exhaust stream by creating water and carbon dioxide.

17. Then, a NOx sensor at the exit of the SCR system again checks the amount of nitric oxide and relays information to the ECU. The ECU uses the information from the NOx sensor, in conjunction with information from other components, to determine if the system is working properly.

18. The Probe only measures the NOx concentration and generates an electric impulse. Signal conditioning electronics are required to generate a signal that can be read by the ECU. Neither the Probe nor the NOx sensor conducts any analysis, all analysis occurs in the ECU.

19. HTSUS General Rule of Interpretation 1 provides that "classification shall be determined according to the terms of the headings and any relative section or chapter notes."

20. Heading 9026 correctly describes the operation of the NOx sensors.

21. Heading 9026 provides for "instruments and apparatus for measuring or checking the flow, level, pressure or other variables of liquids or gasses (for example, flow

meters, level gauges, manometers; heat meters), excluding instruments and apparatus of heading 9014, 9015, 9028 or 9032."

22. Explanatory Note 90.26 states, "this heading covers instruments and apparatus for measuring or checking the flow, level, pressure kinetic energy or other **process variables of liquids or gasses**. The instruments and apparatus of this heading may be fitted with recording, signaling or optical scale-reading devices or **transmitters with an electrical**, pneumatic or hydraulic **output**. Measuring or checking apparatus generally incorporates an element sensitive to variations in the quantity to be measured (e.g., Bourdon tube, diaphragm, bellows, semiconductors) moving a needle or a pointer. **In some devices the variations are converted into electrical signals**." [Emphasis added].

23. The McGraw Hill Science & Technology Dictionary defines the term "process variable" as "any of those varying operational and physical conditions associated with a chemical processing operation, such as temperature, pressure, flowrate, density, pH, viscosity, or chemical composition." See definition for "process variable" in *2003 McGraw-Hill Dictionary of Scientific and Technical Terms*, 6th ed., 2003, p. 1677.

24. In the context of vehicle exhaust, nitrogen oxide content is just one process variable. Additional sensors measure exhaust pressure, temperature, oxygen, and other such process variables.

25. The Probe engages in a simple chemical reaction that generates a level of electrical signal. It then transmits that electrical signal to the ECU via the signal conditioning electronics.

4

26. The signal generated by the NOx sensors indicates a value that is one component of the ECU's overall measurements. It is not a perfect measurement of the amount of nitric oxide and could not be used as a reference measurement in a laboratory setting.

27. The Probes are comparable to an air flow sensor because they simply measure and do not provide analysis. Air flow sensors have been classified under heading 9026. See NY D89283 March 31, 1999 (for a "device emits an analog electric signal which would show its measurement of the mass of air flowing through it if it were attached to a simple output device, appropriately calibrated. It works by measuring the speed at which a heated element cools…"). An air flow sensor that measures the speed at which a heated element cools, transfers that data to an electrical signal and sends the signal to an external device is analogous to the Probes.

28. Heading 9027 covers "instruments and apparatus for physical or chemical analysis." 9027.10 covers "gas or smoke analysis apparatus".

29. Explanatory Note 90.27(8) describes the type of gas or smoke analysis provided for by subheading 9027.10. The Note states:

> These [apparatus] are used to analyse combustible gasses or combustion by-products (burnt gasses) in coke ovens, gas producers, blast furnaces, etc., in particular, for determining their content of carbon dioxide, carbon monoxide, oxygen, hydrogen, nitrogen or hydrocarbons. Electrical gas or smoke analysis apparatus are mainly for determining and measuring the content of the following gasses: carbon dioxide, carbon monoxide and hydrogen, oxygen, sulphur dioxide, ammonia … It should be noted that the heading includes gas or smoke analysis apparatus for use in industrial processes (i.e., directly connected to furnaces, gas generators, etc.).

30. Explanatory Note 90.27 contains many examples of instruments that fall under heading 9027. All are sophisticated analytical instruments, including chromatographs, electrophoresis instruments, spectrophotometers, nuclear magnetic resonance instruments, and mass spectrometers.

31. The Probes are simple devices that require signal conditioning electronics to provide a useable signal. They are mass-produced for use in consumer automobiles, and are not suitable for laboratory or industrial use.

32. Only one component of exhaust gas, nitric oxide, is checked and, to be usable, the ECU must compare the signal from the Probe, relayed through the signal conditioning electronics, with readings from separate sensors.

33. Unlike the sophisticated instruments in Explanatory Note 90.27, the Probe merely provide an electrical signal based on the chemical reaction between nitric oxide and a ceramic element. The signal from the Probe, which is relayed through the signal conditioning electronics, must be converted and interpreted by the external ECU to be usable.

34. The Probes do not perform an analytical function.

WHEREFORE, plaintiff demands judgment ordering the appropriate Customs official or officials to: a) reliquidate the entries which are the subject of this action; b) classify the subject merchandise in HTS subheading 9026.80.20; c) refund all excess duties with interest as provided by law; and, d) provide such additional relief as the Court deems appropriate.

    Respectfully submitted,

    McGUIREWOODS LLP
    Attorneys for Plaintiff

    By: /s/ John B. Pellegrini
        John B. Pellegrini
        Nathan S. Greenberg
        Danielle M. Kudla
        1251 Avenue of Americas, 20th Fl.
        New York, NY 10020
        (212) 548-7020

August 24, 2018

106149266_2.doc

6

**EXHIBIT A**

PART NOS. – NOX SENSORS

| | |
|---|---|
| A2C0305610000 | A2C0270460000 |
| A2C0299660000 | A2C0170860000 |
| A2C0291490000 | A2C0125550000 |
| A2C0311360000 | A2C0153010000 |
| A2C0295410000 | A2C0006354900 |
| A2C0295380000 | A2C0114790000 |
| A2C0311430000 | A2C0114720000 |
| A2C0311440000 | A2C0184310000 |
| A2C0311520000 | A2C0217460000 |
| A2C0311490000 | A2C0217450000 |
| A2C0316190000 | A2C0184320000 |
| A2C0255240000 | A2C0006355300 |
| A2C0294030000 | A2C0131500000 |
| A2C0293910000 | A2C0131510000 |
| A2C0297790000 | A2C0141960000 |
| A2C0297810000 | A2C0121060000 |
| A2C0269640000 | A2C0114740000 |
| A2C0269650000 | A2C0114750000 |
| A2C0269660000 | A2C0153020000 |
| A2C0259430000 | A2C0006361500 |
| A2C0259440000 | A2C0006361400 |
| A2C0220280000 | A2C0006361300 |
| A2C0251730000 | A2C0118840000 |
| A2C0251750000 | A2C0118870000 |
| A2C0251720000 | A2C0118890000 |
| A2C0153000000 | A2C0118850000 |
| A2C0217890000 | A2C0137090000 |