UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. TIMOTHY C. STANCEU

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> UNITED STATES, <br><br> Defendant. | Court No. 18-00026 |

# PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

By its undersigned attorneys, and pursuant to United States Court of International Trade Rule 56, plaintiff, Continental Automotive Systems, Inc., respectfully moves for summary judgment in its favor.  This motion addresses the only claim set forth in plaintiff's Amended Complaint.  A judicial decision on this motion would dispose of the action on its merits.

Plaintiff claims that the subject merchandise properly is classified in heading 9026, Harmonized Tariff Schedule of the United States ("HTSUS").  Plaintiff respectfully requests this Court to order United States Customs and Border Protection to reliquidate the subject entries, and at such reliquidation to classify the subject merchandise in heading 9026, HTSUS, and to refund the excess duties paid with interest.

In support of this motion, plaintiff relies on its Amended Complaint, Defendant's Answer, Plaintiff's Statement of Material Facts not in Dispute, Declaration of Jack Meagher, Plaintiff's Memorandum in Support of its Motion for Summary Judgment, and the discovery and depositions in this case.  Plaintiff's Statement of Material Facts not in Dispute and its Memorandum of Law are submitted herewith.

Wherefore plaintiff requests that the court grant its Motion for Summary Judgment.

Respectfully submitted,

McGUIREWOODS LLP
Attorneys for Plaintiff

By: */s/ Anastasia P. Cordova*
     Anastasia P. Cordova
     1251 Avenue of the Americas
     20th Floor

New York, New York 10020
(212) 548-7016
acordova@mcguirewoods.com

Dated: New York, New York
October 13, 2021

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. TIMOTHY C. STANCEU

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC.,<br><br>                    Plaintiff,<br><br>   -against-<br><br>UNITED STATES,<br><br>                    Defendant. | Court No. 18-00026 |

### **ORDER**

   Having considered plaintiff's motion for summary judgment, defendant's response to plaintiff's motion, and all other papers and proceedings had herein, and after due deliberation, it is hereby

   ORDERED that plaintiff's motion be, and it hereby is, granted, and it is further

   ORDERED that the responsible United States Customs and Border Protection officials shall reliquidate the entries that are the subject of this action, classifying the subject merchandise in heading 9026, Harmonized Tariff Schedule of the United States, and refund the excess duties with interest as provided by law.

_____
                                                                                            JUDGE

Dated: New York, New York
         This \_\_\_ day of _____, 2021