# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 18-00026 |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above entitled action, previously assigned to the Honorable Timothy C. Stanceu, is hereby reassigned to the Honorable Jane A. Restani.

Dated at New York, New York, this 28th day of December, 2021.

      /s/ Mark A. Barnett
      Mark A. Barnett
      Chief Judge