UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. JANE A. RESTANI

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>UNITED STATES,<br><br>　　　　　　　　　　　Defendant. | Court No. 18-00026 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE ARE NO GENUINE ISSUES TO BE TRIED**

Plaintiff Continental Automotive Systems, Inc. ("Plaintiff" or "Continental"), pursuant to Rule 56(h) of the Rules of the United States Court of International Trade, responds to Defendant the United States' ("Defendant") Statement of Material Facts as to Which There Are No Genuine Issues to Be Tried ("SOMF") as follows:

**1.** The imported merchandise that is the subject of this action (the "subject merchandise")—the Smart NOx Sensor Probe—consists of probe elements for nitrogen oxide (NOx) sensors with probe housings and cables (connecting harnesses). *See* Def. Ex. 3, at 3, Tab A at 2; Def. Ex. 4, Meagher Depo. Tr. 28:24-37:17; Entry Papers.

**Response:** Plaintiff admits that the imported merchandise consists of a probe element for NOx sensors and the connecting harness. Plaintiff avers that the NOx sensor probe also includes an electrical connector attached to the harness. *See* Add. 5, Expert Report of John P. Schuster

("Schuster Report"), p. 12, Fig. 4(a) (showing the NOx sensor probe connected to the SCU).

2. At liquidation, United States Customs and Border Protection ("Customs" or "CBP") classified the subject merchandise in subheading 9027.10.20 of the Harmonized Tariff Schedule of the United States (HTSUS). Entry Papers, Court Files.

**Response:** Admitted.

3. Following importation, the subject merchandise is incorporated into Smart NOx Sensor, which consist of the Smart NOx Sensor Probe, and a sensor control unit (SCU). *See* Def. Ex. 3 at 3, Tab. A at 2; Def. Ex. 4, Meagher Depo. Tr. 28:24-37:17.

**Response:** Admitted.

4. The Smart NOx Sensors are used in selective catalytic reduction (SCR) systems in passenger vehicles and trucks. *See* Def. Ex. 3 at 2, Tab A at 14-20, and Tab B at 2-6; Def. Ex. 4, Meagher Depo. Tr. 22:5-31:2, 58:9-18, 61:17-69:8; Def. Ex. 7, Meagher Depo. Ex. 2; Def. Ex. 9, Meagher Depo. Ex. 4 at 6, 9. SCR systems reduce harmful NOx emissions from passenger vehicles and trucks through a process involving the controlled production of urea, which hydrolyzes in the exhaust system to ammonia ($NH_3$). *Id.* In the presence of a catalyst within the SCR system, $NH_3$ reduces NOx in the exhaust gas to $N_2$ and water. *Id.*

**Response:** Admitted.

5. In an SCR system, a Smart NOx Sensor is placed at the entrance of the system and one is placed at the exit of the system. *See* Def. Ex. 3 at 2, Tab A at 14-20, and Tab B at 2-6; Def. Ex. 4, Meagher Depo. Tr. 22:5-31:2, 58:9-18, 61:17-69:8, 87:7-89:23; Def. Ex. 7, Meagher Depo. Ex. 2; Def. Ex. 9, Meagher Depo. Ex. 4 at 6, 9. The upstream unit determines the concentration of oxygen ($O_2$) and NOx in the exhaust gas entering the system. *Id.* Information on the NOx concentration from the upstream unit is used to calculate the amount of urea that must be injected

into the system to reduce NOx emissions.  *Id.*  The downstream unit determines the concentration of $O_2$ and NOx in the exhaust gas exiting the system.  *Id.*  Information on the NOx concentration from the downstream unit can be used to monitor NOx conversion within the SCR system, detect unconverted ammonia that exits the system ($NH_3$ slip), and to meet legal, on-board diagnostic requirements for meeting NOx standards.  *Id.*

  **Response:** Plaintiff admits that the NOx sensor is placed at the entrance and exit of the SCR system.  Plaintiff also admits that the NOx sensors at both locations measure the concentration of NOx.  Plaintiff also admits that the information from the upstream sensor is used to calculate the amount of urea that must be injected into the system to reduce NOx emissions and that the information from the downstream sensor can be used to monitor NOx conversion within the SCR system, detect unconverted ammonia that exits the system ($NH_3$ slip), and to meet legal, on-board diagnostic requirements for meeting NOx standards.  Plaintiff denies that the upstream and downstream NOx sensors "determine" the concentration of $O_2$ and NOx.  Plaintiff avers that the NOx sensors measure $O_2$ and NOx concentration and send a combined signal via a CAN bus.  Def. Ex. 4, Meagher Depo., 87:7-24.  Plaintiff avers that the $O_2$ concentration value is an artifact of the intended NOx measurement, a byproduct of the operation of the NOx sensor, whose "principal function" is to measure a parameter that is a combination of NO, $NO_2$, and $NH_3$, so-called NOx.  Add. 1, Rebuttal Expert Report of John P. Schuster ("Rebuttal Schuster Report") at 1.

  **6.** The Smart NOx Sensor Probes are complex apparatuses that incorporate sophisticated, high-temperature electrochemical cells.  Def. Ex. 3, Tab A at 6, 7.  The Smart NOx Sensor Probes determine the concentration of $O_2$ and NOx in exhaust gas entering and exiting the SCR system through a multi-step process that includes (1) electrochemical separation of O2 and NOx from the exhaust gas; (2) identification and detection of $O_2$, and NOx in the exhaust gas; and

(3) quantitative analysis of $O_2$ and NOx by electrochemical pumping of electrically charged oxygen atoms ($O_2$- ions), setting up currents proportional to $O_2$ and NOx concentrations. *See* Def. Ex. 3 at 2-3, 8, Tab A at 14-20, and Tab B at 2-6; Def. Ex. 4, Meagher Depo. Tr. 22:5-31:2, 58:9-18; 61:17-69:8, 87:7-89:23; Def. Ex. 7, Meagher Depo. Ex. 2; Def. Ex 9, Meagher Depo. Ex. 4 at 6, 9.

**Response:** Plaintiff denies that the NOx sensor probes are complex apparatuses that incorporate sophisticated, high-temperature electrochemical cells. This statement is the opinion of Defendant's expert and not a fact. The NOx sensor's complexity is typical of that found in other automotive sensors and is not the most complex one of all. Plaintiff denies that the upstream and downstream NOx sensor probes "determine" the concentration of $O_2$ and NOx. Plaintiff avers that the NOx sensors measure $O_2$ (as a byproduct of NOx measurement) and NOx concentration and send a combined signal via a CAN bus. Def. Ex. 4, Meagher Depo. Tr. 87:7-24. Plaintiff denies that the NOx sensor functions through a multi-step process that includes (1) electrochemical separation of $O_2$ and NOx from the exhaust gas; (2) identification and detection of $O_2$, and NOx in the exhaust gas; and (3) quantitative analysis of $O_2$ and NOx by electrochemical pumping of electrically charged oxygen atoms ($O_2$- ions), setting up currents proportional to $O_2$ and NOx concentrations. This statement is the opinion of Defendant's expert and not a fact and further amounts to a legal conclusion that the NOx sensor performs chemical analysis. Plaintiff avers that by Defendant's expert admission, the NOx sensor does not perform any data processing which is a necessary step of "chemical analysis." ECF No. 56, Add. 16, Bartholomew Depo., 126:19-127:5.

7.   The Smart NOx Sensor Probes operate by means of electrochemical reactions. Def. Ex. 3, at 2. These electrochemical reactions allow for the quantitative detection of $O_2$ and NOx by separating components of the exhaust gas and generating electrical signals, in the form of electrical

currents (in units of milliamperes, for example), which are proportional to the concentrations of $O_2$ and NOx in the exhaust. *Id.* at 2-3.

**Response:** Plaintiff denies this statement as it contains the opinions of Defendant's expert that mischaracterize the facts. Plaintiff avers that the probe of the NOx sensor contains an element, which, upon coming into contact with NOx, causes a reaction that disassociates oxygen from nitrogen oxides and generates an electrical signal produced by oxygen ions that correlates to the concentration of NOx. ECF No. 53, Meagher Decl. ¶ 6.

8.   The electrochemical reactions within the Smart NOx Sensor Probe occur using two to three electrochemical cells (depending on the model) located in adjacent chambers (cavities) within the probe element. *See* Def. Ex. 3 at 6-7, Tab A at 14-20, and Tab B at 2-6; Def. Ex. 4, Meagher Depo. Tr. 23:2-28:17, 58:9-18, 107:1-108:19; Def. Exs. 7-9, Meagher Depo. Exs. 2-4.

**Response:** Admitted.

9.   The electrochemical cells within the Smart NOx Sensor Probes consist of electrodes made of platinum (Pt) or Pt alloy, that are in contact with layers of solid zirconia (zirconium oxide, $ZrO2$). Def. Ex. 3 at 4, and Tab A at 9; *see also* Def. Ex. 2 at CTLNOX2164. Zirconia is an electrolyte that allows for movement of oxygen ions ($O_2$-), electrically charged atoms, at 800C. The operating temperature of the Smart NOx Sensor Probe is maintained by a heater inside the probe element. Def. Ex. 3 at 4-5; *see also* Def. Ex. 2 at CTLNOX2164.

**Response:** Admitted.

10.   The electrochemical cells operate as electrochemical oxygen pumps, which use an electric current to "pump" electrically charged oxygen atoms ($O_2$- ions) through the zirconia electrolyte and out of the electrochemical cells. Def. Ex. 3 at 5. The $O_2$- ions come from the dissociation of elemental oxygen, or $O_2$, and NOx on metal electrodes. *Id.* $O_2$ exists as two oxygen

atoms bonded together, and it is the form of oxygen found in the air and in exhaust gas streams. *See* Def. Ex. 3. When an appropriate voltage is applied to the electrochemical cells, electrodes in the electrochemical cells, which are selective for $O_2$ or NOx (depending on various factors, such as amount of voltage applied to the electrode and the particular type of Pt or Pt-alloy used), dissociate $O_2$ into two $O_2-$ ions and dissociate NOx in a reaction such that two molecules of NO form one molecule of elemental nitrogen ($N_2$) and two $O_2-$ ions. *Id.* at 5. ($NO_2$ in the NOx mixture is selectively reduced to NO prior to dissociation.) *Id.* at 7. The dissociated $O_2-$ ions are then "pumped" through the zirconia electrolyte and out of the electrochemical cells. *Id.* at 5.

      **Response:** Admitted.

      **11.**    Movement of the electrically charged $O_2-$ ions (from the dissociation of $O_2$ and NOx) through the electrochemical cells sets up electric currents (in units of milliamperes, for example), which are proportional to the concentrations of $O_2$ and NOx. *Id.* These electrical signals are transmitted from the electrochemical cells in the probe element tip to the SCU through wires in the harness of the Continental Smart NOx Sensor Probe. *Id.*

      **Response:** Admitted.

      **12.**    In the case of a two-cell Smart NOx Sensor Probe, during operation, exhaust gas—which is comprised of residual $O_2$, NOx, nitrogen, water vapor, carbon dioxide, carbon monoxide, and hydrocarbons—passes into the first chamber of the Smart NOx Sensor Probe. *See* Def. Ex. 3 at 6-7, Tab A at 14–20, and Tab B at 2-6; Def. Ex. 4, Meagher Depo. Tr. 22:5–31:2, 58:9–18, 107:1–108:19; Def. Exs. 7-9, Meagher Depo. Exs. 2-4. Therefore, O2 is dissociated into O2- ions using an electrochemical cell with an electrode that is selective for $O_2$ and is electrochemically pumped out of the exhaust gas through the zirconia electrolyte. Def. Ex. 3 at 6-7. This process separates and removes of $O_2$ from the exhaust gas mixture within the probe. *Id.* The removal the

$O_2$- ions from dissociated $O_2$ generates an electric current signal that is proportional to the concentration of $O_2$ present in the exhaust gas and reduces interference from free $O_2$ during NOx quantification. *Id.* at 5-7. After $O_2$ has been removed or reduced in the first cavity, the exhaust gas diffuses into the second cavity, which contains an electrochemical cell with an electrode that is designed to selectively dissociate NOx to nitrogen and $O_2$- ions and electrochemically pump the $O_2$- ions from the cavity. *Id.* at 5, 7. This process separates and removes NOx from the exhaust gas mixture within the probe. *Id.* at 7. The dissociation of NOx and the concomitant removal of the $O_2$- ions through the zirconia electrolyte generates an electric current signal that is proportional to the concentration of NOx present in the exhaust gas. *Id.* at 5, 7.

**Response:** Admitted.

13.  In the case of a three-cell Smart NOx Sensor Probe, $O_2$ is removed in the first two chambers and NOx is dissociated in third chamber. *See* Def. Ex. 3 at 6-7, Tab A at 14-20, and Tab B at 2-6; Def. Ex. 4, Meagher Depo. Tr. 22:5-31:2, 58:9-18, 107:1-108:19; Def. Exs. 7-9, Meagher Depo. Exs. 2-4.

**Response:** Admitted.

14.  Within a Smart NOx Sensor, the Smart NOx Sensor Probe is attached to the SCU by its connecting harness. *See* Def. Ex. 3 at 3, Tab A at 2; Def. Ex. 4, Meagher Depo. Tr. 25-35, 81, 102-106. The SCU is a computer that contains sensor hardware and software. *See id.* The Smart NOx Sensor Probe provides raw data, in the form of electric current signals proportional to the concentrations of $O_2$ and NOx in the exhaust gas, to the SCU. Def. Ex. 3 at 2-3, 7. The SCU translates and enhances the electrical signals from the Smart NOx Sensor Probe and relays them to another computer, the Engine Control Unit (ECU). *Id.* at 3. The ECU uses additional information, such as gas pressure, to mathematically convert the milliampere data (the raw data) generated by the Smart NOx Sensor Probe into units of concentration for $O_2$ and NOx in ppm. *See*

Def. Ex. 3 at 2-3, 7, and Tab B at 2-6; Def. Ex. 4, Meagher Depo. Tr. 22:5–37:2, 44:2–45:14, 50:12–57:21, 58:9–18, 87:7–89:23; Def. Exs. 7, 9, Meagher Depo. Exs. 2, 4.

**Response:** Plaintiff denies that SCU is a computer that contains sensor hardware and software. Plaintiff avers that the SCU is an electronic box that houses the sensor's hardware, electrical circuits, and software. Def. Ex. 4, Meagher Depo. Tr. 21:22-23; 81:19. Plaintiff admits the remainder of Paragraph 7.

**15.** The SCU also sends electricity through the connecting harness to the Smart NOx Sensor Probe for powering the electrochemical cells within the Smart NOx Sensor Probe. *See* Def. Ex. 3 at 3, 5, 7, and Tab B at 2; Def. Ex. 4, Meagher Depo. Tr. 102:17–106:17; Def. Ex. 7, Meagher Depo. Ex. 2.

**Response:** Admitted.

**16.** The accuracy of the NOx concentration determined through the Smart NOx Sensor Probe is +/- 10 ppm. *See* Def. Ex. 3, Tab B at 2; Def. Ex. 4, Meagher Depo. Tr. 81:22–82:13; Def. Ex. 7, Meagher Depo. Ex. 2.

**Response:** Admitted.

**17.** In determining the concentration of NOx in the exhaust gases, the Smart NOx Sensor Probe does not differentiate between $NO_2$ and NO. Instead, $NO_2$ is catalytically reduced in the Probe to NO before it is dissociated to nitrogen and oxygen atoms, which allows the total NOx concentration to be determined. *See* Def. Ex. 3 at 7, Tab A at 17, Tab B at 2-6; Def. Ex. 4, Meagher Depo. Tr. 39:7–40:17.

**Response:** Admitted.

**18.** In the case of a NOx sensor, such as the Smart NOx Sensor, placed downstream of an SCR converter, $NH_3$ that exits the SCR system can be oxidized to NO within the probe element

and quantified with NOx from the exhaust gas.  *See* Def. Ex. 3, Tab B at 2-6.  This function allows for the detection of unconverted ammonia ($NH_3$ slip) from the SCR.  *See id.*

**Response:** Denied.  Plaintiff avers that the NOx sensor cannot measure or quantify ammonia but that it can detect the common presence of $NH_3$, NO, and $NO_2$ without being able to distinguish among them.  *See* ECF 56, Add. 18, Schuster Depo. Tr. 95:11-22; Def. Ex. 4, Meagher Depo Tr. 128:5-10; Add. 1, Rebuttal Schuster Report at 3.

19.   Information on the $O_2$ concentration that is generated by the Smart NOx Sensor Probe can be used in determining the proper air/fuel ratio and the $O_2$ concentration in the exhaust.  *See* Def. Ex. 3 at 6, and Tab A at 2; Def. Ex. 4, Meagher Depo. Tr. 84:4–89:23; Def. Ex. 7, Meagher Depo. Ex. 2.

**Response:** Denied.  Plaintiff avers that to measure the proper air/fuel ratio and $O_2$ concentration, the NOx sensor would have to be moved to a representative location near the engine, where its principal function would be to measure $O_2$ concentration.  Furthermore, it would be desirable to optimize the design of the NOx sensor to measure $O_2$ concentration if its principal function were to determine air/fuel ratio.  Add. 1, Rebuttal Schuster Report at 1-2.

        Respectfully submitted,

        McGUIREWOODS LLP
        Attorneys for Plaintiff

By:   */s/ Anastasia P. Cordova*
      Anastasia P. Cordova
      Shawn R. Fox
      1251 Avenue of the Americas, 20th Floor
      New York, New York 10020
      (212) 548-7016
      acordova@mcguirewoods.com
      sfox@mcguirewoods.com

Dated:   New York, New York
         January 31, 2022